MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
LAUREL J. HOLLAND
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509)  454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>NATHAN LYNN CLOUD,<br><br>        Defendant. | 1:16-CR-2002-LRS<br><br>GOVERNMENT'S TRIAL MEMORANDUM |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Laurel J. Holland, Assistant United States Attorney for the Eastern District of Washington, hereby submits this brief in advance of trial.

I.      CASE STATUS

Trial is presently set before Senior United States District Court Judge Lonny R. Suko, on Monday, September 12, 2016, at 9:00 a.m. in Yakima, Washington.

1

A. Estimated time for the government's case in chief is one (1) day. At this point, the government expects to call approximately seven (7) witnesses.

B. The Defendant is presently in custody.

C. The Indictment charges as follows:

### Count 1

On or about October 18, 2015, in the Eastern District of Washington, the Defendant, NATHAN LYNN CLOUD, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit, a ROHM .22 caliber revolver, model RG23, with an obliterated serial number, which had theretofore been transported in interstate and foreign commerce, in violation of Title 18 United States Code, Section 922(g)(1).

D. Pertinent Statute

Title 18, United States Code, Section 922(g)(1), provides in pertinent part: It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce, any firearm which has been shipped or transported in interstate or foreign commerce.

II.   ELEMENTS

A. Felon in Possession of a Firearm

2

In order for a defendant to be found guilty of being a felon in possession of a firearm, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly possessed a firearm;

Second, the firearm had been shipped or transported from one state to another or between a foreign nation and the United States;

Third, at the time the defendant possessed the firearm, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

B. Stipulations

The parties may stipulate to certain facts. However, at this point, the parties have not agreed to any stipulations.

III.    SUMMARY OF EVIDENCE

On May 15, 2013, the Defendant was convicted of two felony offenses punishable by a term of imprisonment exceeding one year. After being released from jail, the Defendant was supervised by Washington State Department of Corrections (hereinafter "DOC") Officer Juan Frausto. The Defendant was non-compliant with the DOC terms of supervision, and a warrant was subsequently issued for his arrest.

On October 18, 2015, deputies with the Yakima County Sheriff's Office were performing warrant service duties in Yakima and the surrounding area. Deputies were

3

aware of an outstanding warrant for Elias Culps (hereinafter "Culps"). Deputy McIlrath had also received information that the Defendant had been living at the residence with Culps. Deputy Bazan and Deputy McIlrath viewed a photograph of the Defendant. The deputies proceeded to Culps's listed address of 241 Second Street in White Swan, Washington.

When deputies arrived at the location, Deputy Bazan proceeded to the front door, while Deputy McIlrath stood near a window adjacent to the front entrance. Deputy Bazan knocked on the front door once, with no answer from inside the residence. He knocked a second time and heard the sound of a dead bolt lock. Deputy Bazan then heard the door unlock. He knocked a third time and announced that he was with the Sheriff's Department. As Deputy Bazan knocked on the door, it opened, and revealed multiple people sleeping in the living room of the residence. One of those persons was the Defendant, asleep in a recliner chair, approximately five feet from the front door. Both Deputy Bazan, and Deputy McIlrath, watching from the adjacent side window, recognized the Defendant.

Deputy Bazan and Deputy Mallonee entered the residence. Deputy Bazan requested the Defendant stand up, and advised him that he had a felony warrant. Deputy Bazan placed the Defendant in handcuffs and escorted him from the residence to a patrol vehicle. Deputy Bazan performed a search of the Defendant incident to arrest and located a .22 caliber revolver with an obliterated serial number in the

4

Defendant's right front pocket.  Deputy Bazan handed the revolver to Deputy Petrovich, who examined the firearm and advised that it was loaded.  Deputy Bazan was aware that the Defendant was a convicted felon.

On September 1, 2016, the firearm was provided to Resident Agent in Charge Thomas Walsh.  Resident Agent in Charge Walsh is an interstate nexus expert with the Bureau of Alcohol, Tobacco, Firearms and Explosives.  Resident Agent in Charge Walsh has previously testified as an expert in the Eastern District of Washington as well as other federal courts.  Resident Agent in Charge Walsh examined the firearm and determined that parts of the firearm were manufactured in Germany and the firearm receiver was manufactured in the state of Florida.

IV.     LEGAL ISSUES

A suppression hearing was held on August 23, 2016.  The Court denied the Defendant's Motion to Suppress (ECF Nos. 25, 49).

                              MICHAEL C. ORMSBY
                              United States Attorney

                              s/ Laurel J. Holland
                              LAUREL J. HOLLAND
                              Assistant United States Attorney

1  I hereby certify that on September 2, 2016, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send notification of
3  such filing to the following: Richard A. Smith.

s/ Laurel J. Holland
Laurel J. Holland
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425